UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20437-CR-MARTINEZ

MAGISTRATE JUDGE BROWN

IN RE SEALED INDICTMENT

_____/

FILED by _____ D.C.
JUN 10 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. FLA. - MIAMI

**MOTION TO SEAL**

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the indictment, arrest warrants, and any resulting order be SEALED until the arrest of the first defendant or until further order of this court, excepting the United States Attorney's Office and any other relevant law enforcement agency which may obtain copies of any indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendants may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this indictment become public.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Peter A. Forand
Assistant United States Attorney
Florida Bar No. 682268
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9060
Fax: (305) 530-6168
Peter.Forand@usdoj.gov