UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20437

CR-MARTINEZ

MAGISTRATE JUDGE
BROWN

IN RE SEALED INDICTMENT
_____/

FILED by ___ D.C.
JUN 10 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrant, and this order and the Court finding good cause:

IT IS HEREBY ORDERED that the indictment, arrest warrants, and this order shall be filed under seal until the arrest of the first defendant or until further order of this Court, however, the United States Attorney's Office and any other relevant law enforcement agency may obtain copies of any indictment, arrest warrants, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 10th day of June, 2010.

/s/ Andrea M. Simonton
UNITED STATES MAGISTRATE JUDGE

cc:   Peter A. Forand, AUSA