UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:10-20437-CR-MARTINEZ (~~SEALED~~)

UNITED STATES OF AMERICA,

       Plaintiff,

V.

ASHLEY DAVIDSON, ETAL

**THIS CAUSE** came before the Court and pursuant to proceedings

it is thereupon ORDERED AND ADJUDGED as follows: PURSUANT TO THE ARREST OF THE ABOVE NAMED, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida this 15TH OF JUNE 2010.

JOHN J. O' SULLIVAN
U.S. MAGISTRATE JUDGE

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:10-cr-20437-JEM-1
### Internal Use Only

Case title: USA v. Sealed Defendants 1 thru 14

Date Filed: 06/10/2010

Assigned to: Judge Jose E. Martinez

**Defendant (1)**

**Sealed Defendants 1 thru 14**

| | |
|---|---|
| **Pending Counts** | **Disposition** |
| None | |
| **Highest Offense Level (Opening)** | |
| None | |
| **Terminated Counts** | **Disposition** |
| None | |
| **Highest Offense Level (Terminated)** | |
| None | |
| **Complaints** | **Disposition** |
| None | |

**Plaintiff**

USA           represented by **Wifredo A. Ferrer (SEALED)**
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2010 | 1 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 2 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 3 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 4 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 5 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 6 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 7 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 8 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 9 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 10 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 11 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 12 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 13 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 14 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 15 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 16 | Sealed Document (gm1) (Entered: 06/11/2010) |
| 06/10/2010 | 17 | Sealed Document (gm1) (Entered: 06/11/2010) |