


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff

-vs-

SALOME BLAIR
Defendant

CASE NUMBER: CR-10-20437-CR-MARTINEZ (Seitz)

REPORT COMMENCING CRIMINAL ACTION

83824 004
USMS NUMBER

TO: CLERK'S OFFICE   ☒ MIAMI   ☐ FT. LAUDERDALE   ☐ W. PALM BEACH

CHECK THE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE'S COURT ABOVE

COMPLETE ALL ITEMS. IF INFORMATION IS NOT APPLICABLE, ENTER N/A.

1. DATE AND TIME OF ARREST: 6/15/10  9:20 AM
2. LANGUAGE(S) SPOKEN: ENGLISH
3. OFFENSE(S) CHARGED: 1344 - BANK FRAUD
   1349 - CONSPIRACY
4. DATE OF BIRTH: 11/5/56

TYPE OF CHARGING DOCUMENT (CHECK ONE):
☒ INDICTMENT
☐ INFORMATION
☐ PROBATION VIOLATION WARRANT
☐ COMPLAINT TO BE FILED/ ALREADY FILED
☐ BENCH WARRANT FOR FAILURE TO APPEAR
☐ PAROLE VIOLATION WARRANT

5. ORIGINATING DISTRICT: SOUTHERN DISTRICT OF FLORIDA
6. REMARKS: ___
7. DATE: 6/15/10
8. ARRESTING OFFICER: SA DARIN M. DIDIER
9. AGENCY: FEDERAL BUREAU OF INVESTIGATION
10. TELEPHONE NUMBER: OFFICE (305) 944-9101