# COURT MINUTES

**U.S. MAGISTRATE JUDGE** JOHN J. O'SULLIVAN - ATKINS TOWER - 5TH FLOOR
**DATE:** 06/15/10    **TIME:** 1:30 P.M.    **PAGE:** 8

DEFT: 3)SALOME BLAIR (J)83829-004     CASE NO: 10-20437-CR-MARTINEZ (SEALED)
AUSA: Peter Forand                     ATTY: _____
AGENT: FBI                             VIOL: CONSP TO COMMIT BANK FRAUD
PROCEEDING: INITIAL APPEARANCE         RECOMMENDED BOND: _____
BOND/PTD CONTESTED HRG - yes / no      CJA APPT: Gary Kollin
BOND SET @: _____                To be cosigned by:
                                       INTERPRETER: None

☐ All Standard Conditions.             Disposition: Case unsealed.
☐ Surrender / or do not obtain passports / travel documents
☐ Rpt to PTS as directed / or ___ x's a week/month
  by phone; ___ x's a week/month in person    △ sworn.
☐ Refrain from excessive use of alcohol
☐ Participate in a mental health assessment and treatment    * CJA cnsl to be apptd. *
☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
☐ Not to encumber property.            Govt - $100K 10%/Nebbia.
☐ Maintain or seek full - time employment/education.
☐ No contact with victims / witnesses. Court sets temp bond.
☐ No firearms.
☐ May Not visit Transportation Establishments.    Conds tbs if nebbia
☐ Travel extended to: _____      made.
☐ Home Confinement: Electronic Monitoring and/or Curfew ___ paid by ___
☐ Other _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/(ARRAIGN)/OR REMOVAL: | 6/17 | 10AM | | |
| STATUS CONFERENCE | | | | |

TAPE No. 10-A 64   Begin: ___        TIME IN COURT: 3
DAR No. 14:26:44